In the Matter of the Probate of the Will of CLARENCE A. BARNES, Deceased. ALICE KEISINGER et al., Appellants; JOSEPH DE SANTO et al., as Executors of CLARENCE A. BARNES, Deceased, Respondents.

Submitted February 28, 1955; decided March 3, 1955.

*Philip L. Zenner* for motion.

*John C. Carmer, Jr.,* and *John W. Miles* opposed.

Motion dismissed upon the ground that the order does not finally determine a special proceeding within the meaning of the Constitution.